1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD M. CHEN,<br><br>    Defendant. | Case No.  20-mc-80186-LJC<br><br>**ORDER TO SHOW CAUSE** |

On March 18, 2020, Judge Chen declared Plaintiff Vinton Frost a vexatious litigant.  See Frost v. United States, No. 19-CV-05190-EMC, 2020 WL 1288326, at *9 (N.D. Cal. Mar. 18, 2020).  In the lead up to Judge Chen's finding, Frost filed sixteen lawsuits in this district against government officials, local and national agencies, as well as businesses.  Id. at *2-5.  Frost has alleged, among other things, various conspiracies, drugging, secret surgeries, the implantation of a spy-chip and radio system in his body, and abuse "by a secret elite group of businessmen tied to our Central Intelligence Agency."  Id. at *1, 2, 5.

Judge Chen's order bars Frost from filing any further complaints that allege "any claims against any federal entity or any current or former federal employee, including individual current or former federal employees acting in their official or individual capacities, unless and until that complaint has first been reviewed by the general duty judge of this Court and approved for filing." Id. at *9.  On October 22, 2020, Frost filed a lawsuit against Judge Chen.  Dkt. 1 at 2.

Accordingly, Frost is ordered to show cause why the undersigned should not recommend barring the filing of his complaint for non-compliance with Judge Chen's March 18, 2020 order. Frost has until **March 21, 2023** to respond to this Court.  This case will be reassigned to a district judge.  If Frost fails to respond to this Order to Show Cause, the undersigned will recommend

dismissal, and if he does respond, the undersigned will evaluate his response to determine the appropriate recommendation.

**IT IS SO ORDERED.**

Dated: March 7, 2023

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California