UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>  Plaintiff,<br><br>v.<br><br>EDWARD M. CHEN,<br><br>  Defendant. | Case No. 20-mc-80186-LJC<br><br>**ORDER DENYING REQUEST FOR STAY AND MOTION TO TRANSFER, AND WITHDRAWING ORDER FOR SERVICE OF SUMMONS**<br><br>Re: Dkt. Nos. 5, 8, 11 |

Plaintiff Vinton Frost's filed Notice, ECF No. 14, indicates that his request for a stay of the proceeding, ECF No. 8, and his Motion to Transfer, ECF No. 11, are moot. Accordingly, these requests are DENIED as moot.

Furthermore, the Undersigned's prior order, ECF No. 5, directing the U.S. Marshals for the Northern District of California to serve on Defendant, without prepayment of fees, a copy of the complaint and other materials is WITHDRAWN. Given that the District Court designated Plaintiff Vinton Frost a vexatious litigant in Frost v. United States, No. 19-CV-05190-EMC, 2020 WL 1288326, at *9 (N.D. Cal. Mar. 18, 2020), and imposed a requirement that a general duty judge conduct pre-filing review of the complaint prior to filing, the Undersigned lacked the authority to order service of the summons. In a separate Report and Recommendation, the Undersigned will address the resolution of the case.

**IT IS SO ORDERED.**

Dated: November 17, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge