UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTON FROST,

    Plaintiff,

v.

EDWARD M. CHEN,

    Defendant.

Case No. 20-mc-80186-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The assigned magistrate judge issued a Report and Recommendation advising that this action be dismissed as improperly filed and for failure to state a claim. No objections to the Report and Recommendation have been filed, and the time for doing so has expired. For the foregoing reasons, the Report and Recommendation is adopted in full, and this action is hereby dismissed.

Plaintiff seeks to file a complaint against Judge Edward M. Chen for designating him a vexatious litigant in an Order issued on March 18, 2020. *Frost v. United States*, No. 19-CV-05190-EMC, 2020 WL 1288326, (N.D. Cal. Mar. 18, 2020) ("the Order"). In the Order, Plaintiff was barred from filing any complaint with "any claims against any federal entity or any current or former federal employee, including individual current or former federal employees acting in their official or individual capacities, unless and until that complaint has first been reviewed by the general duty judge of this Court and approved for filing." Id. at *9. The complaint Plaintiff seeks now to file is precisely the kind of complaint he was barred from being able to file based on the Order. The magistrate judge's Report and Recommendation sets forth the reasons to deny Plaintiff's request to seek approval to file his complaint, and why Plaintiff's complaint should be

dismissed with prejudice. The Report and Recommendation is hereby adopted and Plaintiff is prohibited from filing his complaint, and his complaint is dismissed with prejudice for failure to state a claim.

**IT IS SO ORDERED**.

Dated: December 12, 2023

RICHARD SEEBORG
Chief United States District Judge